IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIRST TENNESSEE BANK NATIONAL
ASSOCIATION,

    Plaintiff,

v.                                       No. 07-2664 B

PACIFIC AMERICA GROUP, INC., et al.,

    Defendants.

_____

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE
_____

On November 27, 2007, the magistrate judge, pursuant to an order of reference, entered a report and recommendation on the Plaintiff's request for a temporary restraining order and preliminary injunction enjoining the Defendants from engaging in certain activities. The magistrate judge recommended that the request be granted. As no objections have been filed by any of the parties, the report and recommendation is hereby ADOPTED and the request of the Plaintiff for a temporary restraining order and preliminary injunction is GRANTED in accordance with the report and recommendation.

    IT IS SO ORDERED this 29th day of January, 2008.

                                      s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE